# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Dante Lewis,

     Plaintiff(s),

v.

United States Department of the Interior, et al.,

     Defendant(s).

Case No. 2:25-cv-02638-JAD-NJK

**ORDER**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1.

The application is incomplete in several important aspects. First, the application indicates that Plaintiff is on administrative leave "with pay," but it does not identify the amount of pay. *Id.* at 1 (question 2). Second, separate and apart from the pay while on administrative leave, it appears from an exhibit that Plaintiff is also receiving $4,298 in disability benefits. *See id.* at 1 (question 2); Docket No. 1-3.[1]  Rather than incorporate exhibits, however, the application must simply state the amount Plaintiff has received and expects to receive in the future. *See* Docket No. 1 at 1. Third, the application does not identify any items of value of any kind, though it appears that Plaintiff owns a car. *See id.* at 2 (question 5). Plaintiff must describe the car and identify its approximate value. *See id.* Fourth, the application does not identify the amounts Plaintiff owes on outstanding debts. *See id.* (question 8). As it appears Plaintiff has a car loan, he must describe the amount owed on that loan.

In light of the above, the Court **DENIES** without prejudice Plaintiff's application to proceed *in forma pauperis*. The Court **INSTRUCTS** the Clerk's Office to send Plaintiff the long-

---

[1] If Plaintiff is in fact making $4,298 in benefits, that may alone doom a request to proceed *in forma pauperis*. Nonetheless, the Court leaves that determination to another day after a properly completed application is filed.

1

form application used by non-prisoners. Plaintiff must fully complete and file that long-form application by February 24, 2026. Instead of completing and filing that long-form application, Plaintiff may pay the filing fee by February 24, 2026. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE**.

IT IS SO ORDERED.

Dated: January 22, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2