**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Dante Lewis,<br><br>          Plaintiff(s),<br><br>v.<br><br>United States Department of the Interior, et al.,<br><br>          Defendant(s). | Case No. 2:25-cv-02638-JAD-NJK<br><br>**ORDER**<br>[Docket No. 3] |

Pending before the Court is Plaintiff's motion for sanctions for an alleged falsification of a record. Docket No. 3. At this stage, Plaintiff has not advanced past the pleading stage and no defendant has even appeared. Addressing requests for sanctions is premature at this juncture. *See, e.g.*, *Hu v. Aria Resort & Casino LLC*, 2026 U.S. Dist. Lexis 2296, at *3 (D. Nev. Jan. 6, 2026). Accordingly, the motion or sanctions is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:  January 22, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1