# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Dante D. Lewis,

      Plaintiff(s),

v.

Bureau of United States Department of Interior, et al.,

      Defendant(s).

Case No. 2:25-cv-02638-JAD-NJK

**Order**

[Docket No. 35]

Pending before the Court is the Federal Defendants' unilateral discovery plan. Docket No. 35; *see also* Docket No. 36 (notice of corrected image). Parties are required to <u>jointly</u> prepare a discovery plan to file it in stipulated form. *See, e.g.*, Local Rule 26-1(a). Accordingly, the unilateral discovery plan is DENIED without prejudice. Plaintiff must immediately contact defense counsel to discuss the discovery plan. The parties must file a joint discovery plan by June 19, 2026.

      IT IS SO ORDERED.

      Dated: June 11, 2026

_____
Nancy J. Koppe
United States Magistrate Judge