**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Dante Lewis,

      Plaintiff(s),

v.

Bureau of United States Department of Interior, et al.

      Defendant(s).

Case No. 2:25-cv-02638-JAD-NJK

**ORDER**

[Docket No. 33]

Pending before the Court is Plaintiff's motion to extend the time for service. Docket No. 33.[1] No response was filed. Extension of the service deadline is provided upon a showing of good cause, though it may also be provided even without good cause. *See* Fed. R. Civ. P. 4(m). Plaintiff explains that he has run into obstacles in completing service and that he is working with a legal process company to complete service. Given the circumstances, the Court **GRANTS** the motion to extend. The Court **EXTENDS** the service deadline to July 15, 2026.

IT IS SO ORDERED.

Dated: June 15, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1