**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Dante Lewis,

Plaintiff(s),

v.

Bureau of United States Department of Interior, et al.

Defendant(s).

Case No. 2:25-cv-02638-JAD-NJK

**ORDER**

[Docket No. 44]

Pending before the Court is Plaintiff's "emergency" motion to extend the service deadline, which he filed on the date of the subject deadline. Docket No. 44. The fact that Plaintiff waited to seek this relief until the last minute does not constitute an emergency. *See, e.g.*, *Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 3d 1137, 1143 (D. Nev. 2015). As such, the Court will not resolve this motion on an emergency basis. Given the procedural posture of the case, however, the Court will shorten the briefing deadlines. Any response to this motion must be filed by July 21, 2026, and any reply must be filed by July 23, 2026.

IT IS SO ORDERED.

Dated: July 16, 2026

Nancy J. Koppe
United States Magistrate Judge