**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Dante D. Lewis,<br><br>Plaintiff, *pro se*,<br><br>v.<br><br>Bureau of United States Department of Interior, *et al.*,<br><br>Defendant. | Case No. 2:25-cv-02638-JAD-NJK<br>Order Granting<br>**Unopposed Motion for Extension of Time for Federal Respondent to File Response to Plaintiff's Motion to Compel Discovery, ECF No. 57** |

Federal Respondents, through undersigned counsel, move this Court for 4 days extension, from October 23, 2026, to October 27, 2026, for Defendant to file its response to Plaintiff's Motion to Compel Discovery, ECF No. 57. This is the first extension of the response deadline.

///

///

///

///

///

///

///

///

The United States' counsel conferred with Plaintiff, Mr. Lewis, explaining that the reason for the requested extension is that he is working on gathering information relative to the response. Mr. Lewis does not oppose the extension.

Respectfully submitted this 23rd day of October 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** October 26, 2026