**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Dante D. Lewis,
Plaintiff(s),

v.

United States Department of Interior, et al.,
Defendant(s).

Case No. 2:25-cv-02638-JAD-NJK

**Order**

[Docket No. 71]

Pending before the Court is Plaintiff's motion for protective order asking that his deposition be taken by remote means. Docket No. 71. Any response to this motion must be filed by noon on November 12, 2026. No reply will be permitted unless ordered. Defendants may wish to review the undersigned's orders on this subject to inform their response. *See, e.g.*, *F.T.C. v. Int'l Markets Live, Inc.*, 2025 WL 2644178 (D. Nev. Sept. 15, 2025).

IT IS SO ORDERED.

Dated: November 6, 2026

Nancy J. Koppe
United States Magistrate Judge