**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Dante D. Lewis,<br>Plaintiff(s),<br>v.<br>United States Department of Interior, et al.,<br>Defendant(s). | Case No. 2:25-cv-02638-JAD-NJK<br>**Order**<br>[Docket No. 71] |

Pending before the Court is Plaintiff's motion for protective order asking that his deposition be taken by remote means. Docket No. 71. The Court ordered that any response to that motion had to be filed by noon on November 12, 2026. Docket No. 72. No response was filed. Accordingly, the Court **GRANTS** the motion for protective order as unopposed. *See* Local Rule 7-2(d).

IT IS SO ORDERED.

Dated: November 12, 2026

Nancy J. Koppe
United States Magistrate Judge