**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Dante D. Lewis,

Plaintiff(s),

v.

Bureau of United States Department of Interior, et al.,

Defendant(s).

Case No. 2:25-cv-02638-JAD-NJK

**Order**

[Docket No. 75]

Pending before the Court is Defendant's supplement to initial disclosures. Docket No. 75. Initial disclosures and supplements thereto must be "provide[d] to the other parties," not filed with the Court. *See* Fed. R. Civ. P. 26(a)(1)(A); *see also* Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). Accordingly, the Court **STRIKES** the above-referenced document.

IT IS SO ORDERED.

Dated: November 16, 2026

Nancy J. Koppe
United States Magistrate Judge